UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ANDRES PEREZ,
on behalf of himself and
all others similarly situated,

       Plaintiff,                                 Case No. 23-cv-871

      v.

ENGINE & TRANSMISSION EXCHANGE, INC.

       Defendant

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated: October 23, 2024

| WALCHESKE & LUZI, LLC | HUSCH BLACKWELL LLP |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| *s/ Scott S. Luzi* | *s/ Geoffrey S. Trotier* |
| James A. Walcheske, WI Bar No. 1065635 | Erik K. Eisenmann, WI Bar No. 1081410 |
| Scott S. Luzi, WI Bar No. 1067405 | Geoffrey S. Trotier, WI Bar No. 1047083 |
| David M. Potteiger, WI Bar No. 1067009 | |
| WALCHESKE & LUZI, LLC | HUSCH BLACKWELL LLP |
| 235 N. Executive Drive, Suite 240 | 511 North Broadway, Suite 110 |
| Brookfield, Wisconsin 53005 | Milwaukee, Wisconsin 53202 |
| Telephone: (262) 780-1953 | Telephone: (414) 273-2100 |
| E-Mail: jwalcheske@walcheskeluzi.com | E-Mail: erik.eisenmann@huschblackwell.com |
| E-Mail: sluzi@walcheskeluzi.com | E-Mail: geoffrey.trotier@huschblackwell.com |
| E-Mail: dpotteiger@walcheskeluzi.com | |